UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RANI A. RAYAPPA,

                        Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-1951(ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 29, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and a new decision.

Dated: Brooklyn, New York
       January 03, 2006

                                                            ROBERT C. HEINEMANN
                                                            Clerk of Court